**Alvaro LOZANO–VEGA, Petitioner**

v.

**Loretta E. LYNCH, Attorney General of the United States, Respondent.**

**No. 15–1498.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 1, 2016.

Filed: April 11, 2016.

Allan Harvey Bell, Allan H. Bell & Associates, Kansas City, MO, for Petitioner.

Karen Yolanda Drummond, Paul Fiorino, Carl H. McIntyre, Erik R. Quick, Katherine Ann Smith, U.S. Department of Justice, Washington, DC, for Respondent.

Before LOKEN, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Mexican citizen Alvaro Lozano–Vega petitions for review of an order of the Board of Immigration Appeals (BIA) denying his untimely request to reopen his case based on changed country conditions—an order that we review under a highly deferential abuse-of-discretion standard. *See Mar-*

*tinez v. Lynch,* 785 F.3d 1262, 1264–65 (8th Cir.2015); *Averianova v. Holder,* 592 F.3d 931, 936 (8th Cir.2010). The BIA carefully considered Lozano–Vega's supporting evidence, but was not persuaded that the evidence, some of which was previously available, showed changed country conditions that would affect Lozano–Vega's previously expressed fear of returning to Mexico. *See Averianova,* 592 F.3d at 936–37. We cannot conclude that the BIA's decision was an abuse of discretion, *see Zhong Qin Zheng v. Mukasey,* 523 F.3d 893, 895–96 (8th Cir.2008); and having considered the other arguments in the supporting brief, we conclude that none of them provides a basis to grant the petition before us.

Accordingly, we deny the petition for review.